IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00471-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**1. ERIC RICHFIELD MAJORS,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Sentencing Hearing set for January 8, 2010, is **VACATED AND RESET** for **January 22, 2010, at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: November 17, 2009