FILED WITH THE
COURT SECURITY OFFICER
CSO: MPeterson
DATE: 3/15/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Criminal Case No. 07-CR-000471-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC RICHFIELD MAJORS,

    Defendant.

## ~~PROPOSED~~ PROTECTIVE ORDER PURSUANT TO CIPA §4 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)