# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00471-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**ERIC RICHFIELD MAJORS,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  In light of the Tenth Circuit's remand of this matter for further proceedings, this matter is set for a status conference and motions hearing on August 23, 2011, at 10:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

DATED: July 11, 2011        BY THE COURT:

                  **/s/John L. Kane**
                  Senior U.S. District Court Judge