IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00471-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**ERIC RICHFIELD MAJORS,**

        Defendant.

ORDER

**Kane, J.**

This matter is currently before me on Defendant's Motion to Reconsider "Motion for Storage Device" (doc. 192). To the extent he seeks reconsideration of his request that I order the Bureau of Prisons to provide him with a memory storage device, his motion is DENIED.

The form submitted by Defendant requires nothing more than an acknowledgment that Defendant is appearing *pro se* in this matter. To the extent he seeks such acknowledgment, his motion is GRANTED. Should the Defendant require further verification of his *pro se* status, he should contact the Clerk of the Court.

DATED: October 19, 2011         BY THE COURT:

                                    **/s/John L. Kane**
                                    Senior U.S. District Court Judge