IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00471-JLK**

**UNITED STATES OF AMERICA,**
  Plaintiff,

v.

**ERIC RICHFIELD MAJORS,**
  Defendant.

---

ORDER

---

Kane, J.

  This matter is currently before me on Defendant's Motion to Clarify and Amend Pre-Sentence Investigation Report for RDAP Screening (doc. 275). Having considered Defendant's filing and finding good cause appearing, his motion is GRANTED. Paragraph 92 on page 20 of his Presentence Investigation Report shall be removed and replaced with the language included in Exhibit A to Defendant's motion.

  A copy of the amended Presentence Investigation Report shall be mailed to:

| | |
|---|---|
| 1. Federal Prison Camp<br>Attn: RDAP Coordinator (Dr. Johnson)<br>110 Raby Ave.<br>Pensacola, Florida 32509 | 2. Federal Prison Camp<br>Attn: Case Manager Dorm-C (Mr. Dubin)<br>110 Raby Ave.<br>Pensacola, Florida 32509 |

Dated: May 30, 2012          BY THE COURT:

                    */s/ John L. Kane*
                    Senior U.S. District Court Judge