IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cr-471

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ERIC RICHFIELD MAJORS,

  Defendant.

_____

ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION
(Doc. 283)
_____

KANE, J.

  I have reviewed Mr. Majors's *pro se* Motion for Early Termination of Supervision (Doc. 283) and the Probation Office's Response (Doc. 284). My familiarity with Mr. Majors's case leads me to agree that the discrepancies between the representations in his *pro se* Motion and his reports to his Florida Probation Officer suggest he has done little to repair his reputation for being something less-than straightforward and that he is a poor candidate for early release. The Motion for Early Termination (Doc. 283) is DENIED.

  Dated this 2d day of May, 2016, at Denver, Colorado.

             *s/John L. Kane*
             SENIOR U.S. DISTRICT JUDGE